# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| United States of America<br>v.<br>Juan Israel Vera<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     1:22-mj-24-01-AJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 28, 2022** in the county of **Hillsborough** in the _____ District of **New Hampshire**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) | Reentry After Deportation |

This criminal complaint is based on these facts:

Please see Affidavit of Daniel J. Gilleo, Jr., Deportation Officer, Department of Homeland Security ICE.

☑ Continued on the attached sheet.

/s/ Daniel J. Gilleo, Jr.
*Complainant's signature*

Daniel J. Gilleo, Jr., Deportation Officer ICE
*Printed name and title*

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim P. 4.1 and affirmed under oath the content of this complaint and affidavit.

Date: **Feb 8, 2022**

Andrea K. Johnstone
*Judge's signature*

City and state: Concord, New Hampshire    Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*